1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH JOHNSON** | Case No. CIV-08-225 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 22, 2008, to October 3, 2008. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through September 2008.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: July 21, 2008 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: July 21, 2008 | | McGregor W. Scott |
| | | United States Attorney |
| | | /s/ Shea Lita Bond |
| | | SHEA LITA BOND |
| | | Special Assistant U.S. Attorney |
| | | Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 23, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE