IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH JOHNSON,

      Plaintiff,                        No. CIV S-08-0225 EFB

      vs.

MICHAEL J. ASTRUE,            ORDER
Commissioner of Social Security,

      Defendant.
_____/

      On January 28, 2010, plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  Dckt. No. 25.  As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion.  Accordingly, IT IS HEREBY ORDERED that, on or before April 1, 2010, defendant shall (1) file a stipulation and proposed order resolving plaintiff's fee motion, or (2) file an opposition in response to plaintiff's motion.

      SO ORDERED.

DATED: March 12, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE