UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBORAH JOHNSON, ) | |
| ) | CIVIL NO. 2:08-cv-225 EFB |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

In light of Defendant's non-opposition to Plaintiff's Motion for $4,008.49 in attorney fees, Dckt. No. 27, IT IS ORDERED that Plaintiff's Motion for Attorney Fees, Dckt. No. 25, is granted. Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND EIGHT dollars and 49 cents ($4,008.49), as authorized by 28 U.S.C. § 2412(d).

IT IS SO ORDERED:

Dated: March 24, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE